# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO.: 3:10-CV-318-DSC

| | |
|---|---|
| SYMETRA LIFE INSURANCE COMPANY, ) ) ) | |
| Plaintiff, ) | **ORDER** |
| vs. ) ) | |
| BARBARA HUFFSTETLER, et. al., ) ) | |
| Defendants. ) ) | |

**THIS MATTER** is before the Court on "Defendant Barbara Huffstetler's Motion to Stay Mediation Pending Outcome of Summary Judgment Motion" (document #33) and "Defendant Andrew Lee Garcia, Jr.'s Opposition ..." (document # 34).

The parties have consented to Magistrate Judge jurisdiction under 28 U.S.C. § 636(c).

For the reasons stated in Defendant Garcia's brief, Defendant Huffstetler's "Motion to Stay Mediation" will be denied.

**NOW, THEREFORE, IT IS ORDERED:**

1. "Defendant Barbara Huffstetler's Motion to Stay Mediation Pending Outcome of Summary Judgement Motion" (document #33) is **DENIED**.

2. Defendant Garcia's deadline for responding to Defendant Huffstetler's "Motion for Summary Judgment" (document #31) is extended to April 25, 2011.

3. The Clerk is directed to send copies of this Order to counsel for the parties.

**SO ORDERED**.  Signed: March 22, 2011

David S. Cayer
United States Magistrate Judge